430

## ORDER

PER CURIAM.

**AND NOW,** this 7th day of July 2005, the Petition for Allowance of Appeal is GRANTED, limited to the following questions:

Whether the Superior Court improperly substituted its judgment for that of the trial court in finding that the trial court abused its discretion in sentencing?

Whether the Superior Court improperly based its decision on information not in the record and not argued to the trial court, specifically, the report of the Institute on Crime, Justice and Correction at George Washington University?

Whether the Superior Court exceeded its authority in *sua sponte* ordering re-sentencing before a different judge?

879 A.2d 157

M. Diane KOKEN, Insurance Commissioner,
Commonwealth of Pennsylvania

v.

LEGION INSURANCE COMPANY

Bensalem Township, Florida Workers Compensation Insurance Guaranty Association, Psychiatrists' Purchasing Group, Inc., Pulte Homes, Inc., American Airlines, Rural/Metro Corporation, Daniel Elrod, Shirley Elrod, Metro Atlanta Landscape and Turf Association (MALTA), Kerry Kessler, Atwood Oceanics, Inc., Mutual Risk Management, Ltd (MRM), Joseph McIntyre, Randstad North America, L.P., Florida Insurance Guaranty Association, Intervenors

Appeal of Rural/Metro Corporation, Intervenor.

Supreme Court of Pennsylvania.

July 19, 2005.

### *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of July, 2005, the order by the Commonwealth Court dismissing for lack of jurisdiction is **AFFIRMED.**

879 A.2d 157

**Darryl BUCK, Appellant,**

**v.**

**Jeffrey A. BEARD, Secretary Pennsylvania Department of Corrections, et al., Appellees.**

Supreme Court of Pennsylvania.

Argued Nov. 30, 2004.

Decided July 19, 2005.

